## In re RESEARCH CORPORATION TECHNOLOGIES, INC.

No. 2011–1177.

United States Court of Appeals, Federal Circuit.

March 17, 2011.

J. Michael Jakes, Finnegan, Henderson, Farabow, Washington, DC, for Research Corp. Technologies, Inc.

**ON MOTION**

**ORDER**

Research Corporation Technologies, Inc. moves to dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.